IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS, ) | No. C 14-2531 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| SAN MATEO COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

On June 3, 2014, plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. That same day, the court sent a notice to plaintiff informing him that he failed to pay the filing fee or file a completed application for leave to proceed in forma pauperis. The court also sent a notice of assignment of this action to a magistrate judge and asked the plaintiff to consent to magistrate judge jurisdiction. On June 16, 2014, the documents were returned to the court as undeliverable because plaintiff was no longer in custody. On June 22, 2014, because plaintiff had not consented to magistrate judge jurisdiction, this case was assigned to the undersigned judge.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Rodgers531dis311.wpd

1  deliverable, and (2) the court fails to receive within sixty days of this return a written
2  communication from the *pro se* party indicating a current address.  See Civil L.R. 3-11(b).
3     More than sixty days have passed since the mail sent to plaintiff by the court was
4  returned as undeliverable on June 16, 2014.  The court has not received a notice from plaintiff of
5  a new address.  Accordingly, the instant complaint is DISMISSED without prejudice pursuant to
6  Rule 3-11 of the Northern District Local Rules.  The clerk shall enter judgment and close the
7  file.
8     IT IS SO ORDERED.
9  Dated:  8/19/14                                  *Lucy H. Koh*
                                                     LUCY H. KOH
10                                                    United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Rodgers531dis311.wpd         2