IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY JAIL,<br><br>    Defendant. | No. C 14-2531 LHK (PR)<br><br>JUDGMENT |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/19/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.14\Rodgers531jud.wpd